UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

**ORDER**
MAGNER, J.
MARCH 30, 2011

| | |
|---|---|
| IN RE | NUMBER |
| **LYNDON T. SMITH** | **10-12426** |
| **ANGELA B. SMITH** | |
| DEBTOR(S) | CHAPTER 13 |

Hearing on the Motion for Relief from Stay as to a 2006 Toyota Camry and a 2003 Grand Cherokee filed by ASI Federal Credit Union was held on the 22nd day of March, 2011.

Present at the hearing:

Mark Needham, on behalf of Timothy P. Kirkpatrick, Counsel for Debtors;
Jules A. Fontana, III, Counsel for ASI Federal Credit Union;
Andrew Wiebelt, II, Counsel for Chapter 13 Trustee; and
S. J. Beaulieu, Jr., Chapter 13 Trustee

Objection to the Motion having been filed by Counsel for Debtor;

The Court having considered the merits of the Motion, the Objection thereto, and for the reason orally assigned;

**IT IS ORDERED** that hearing on the Motion for Relief from Stay as to a 2006 Toyota Camry and a 2003 Grand Cherokee filed by ASI Federal Credit Union and the Objection thereto, is continued for **TUESDAY, APRIL 12, 2011, AT 11:00 A.M.**, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana.

**IT IS FURTHER ORDERED** that:

1) The debtors become post-petition current with the lien holder;
2) The debtors provide proof of insurance to the lien holder on the vehicles;
3) The debtors institute an automatic debit of the monthly payments to the lien holder from their bank account; and
4) The debtors file a motion to modify plan

**IT IS FURTHER ORDERED** that the automatic stay remain in full force and effect until further order of the Court.

New Orleans, Louisiana, March 30, 2011.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge